United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-12330-jkf
Daniel J. Cancelliere                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Apr 15, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2019.
db              +Daniel J. Cancelliere,   618 Hartzel Way,   Sellersville, PA 18960-3367

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2019 at the address(es) listed below:
    MICHAEL SETH SCHWARTZ    on behalf of Debtor Daniel J. Cancelliere msbankruptcy@verizon.net, schwartzmr87357@notify.bestcase.com
    SCOTT WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                       TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : |
| Daniel J. Cancelliere | : |
| | : |
| Debtor | : Bankruptcy No. 19-12330-jkf |

**ORDER**

**AND NOW**, this _____ day of _____, 2019, upon consideration of the Motion to Extend the Time to File Schedules and Financial Statements it is hereby **ORDERED** that said Motion is granted and an additional extension of time is given until _____ May 10, 2019 _____.

**Date: April 15, 2019**

_____
Honorable Jean K. FitzSimon
US Bankruptcy Judge