**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

In re                                      :        Chapter    13

                                           :

Daniel J. Cancelliere

                                           :

            Debtor                         :        Bankruptcy No. 19-12330

ORDER

AND NOW, it is  ORDERED that since the debtor(s) have failed to

timely file the documents required by the orders dated April 12, 2019 and April; 15, 2019,

this case is hereby DISMISSED.

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge

**Date: May 14, 2019**

Missing Documents:
Chapter 13 Plan
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106
Chapter 13 Statement of Your Current Monthly Income and
 Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2
Atty Disclosure Statement

bfmisdoc