United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-12330-jkf
Daniel J. Cancelliere                                                 Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore           Page 1 of 2           Date Rcvd: May 15, 2019
                              Form ID: pdf900           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
db             +Daniel J. Cancelliere,    618 Hartzel Way,   Sellersville, PA 18960-3367
14305651       +AR Resources, Inc.,    Attn: Bankruptcy,   Po Box 1056,   Blue Bell, PA 19422-0287
14305650       +Amex,   Correspondence/Bankruptcy,   Po Box 981540,   El Paso, TX 79998-1540
14323739       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
14305653       +Chase Card Services,    Attn: Bankruptcy,   Po Box 15298,   Wilmington, DE 19850-5298
14305654       +Citicards Cbna,   Citi Bank,   Po Box 6077,   Sioux Falls, SD 57117-6077
14324055       +Hilltown Walk Community,   975 Easton Rd Ste 102,   Warrington, Pa 18976-1858
14311077       +RoundPoint Mortgage Servicing Corp.,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14305658       +RoundPoint Mortgage Servicing Corporatio,    Attn: Bankruptcy,   Po Box 19409,
                 Charlotte, NC 28219-9409
14305661       +Target,   Attn: Bankruptcy,   Po Box 9475,   Minneapolis, MN 55440-9475
14305662       +Tnb-Visa (TV) / Target,   C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,
                 Minneapolis, MN 55440-9475

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov May 15 2019 08:18:37     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 15 2019 08:17:46
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 15 2019 08:18:33     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 15 2019 08:07:59     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14305652       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2019 08:08:05     Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14320120       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 15 2019 08:09:29
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14305655       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 15 2019 08:17:35     Comenity Bank/Express,
                 Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
14305656        E-mail/Text: mrdiscen@discover.com May 15 2019 08:17:20     Discover Financial,
                 Attn: Bankruptcy Department,   Po Box 15316,   Wilmington, DE 19850
14305657        E-mail/Text: colleen.atkinson@rmscollect.com May 15 2019 08:19:33     Receivable Management Inc,
                 7206 Hull Rd,   Ste 211,   Richmond, VA 23235
14305660       +E-mail/PDF: gecsedi@recoverycorp.com May 15 2019 08:07:14     Syncb/Toys 'R' Us,
                 Attn: Bankruptcy,   Po Box 965004,   Orlando, FL 32896-5004
14305659       +E-mail/PDF: gecsedi@recoverycorp.com May 15 2019 08:08:59     Syncb/hhgreg,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
14306471       +E-mail/PDF: gecsedi@recoverycorp.com May 15 2019 08:08:59     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: JEGilmore              Page 2 of 2                  Date Rcvd: May 15, 2019
                               Form ID: pdf900              Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2019 at the address(es) listed below:

        MICHAEL SETH SCHWARTZ    on behalf of Debtor Daniel J. Cancelliere msbankruptcy@verizon.net, schwartzmr87357@notify.bestcase.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Daniel J. Cancelliere | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-12330 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the orders dated April 12, 2019 and April; 15, 2019, this case is hereby DISMISSED.

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge

**Date: May 14, 2019**

Missing Documents:
Chapter 13 Plan
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106
Chapter 13 Statement of Your Current Monthly Income and
 Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2
Atty Disclosure Statement

bfmisdoc